the appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached, and unless the appellants comply with the order of the Supreme Court, New York County, entered on April 4, 1960, within 10 days after service of a copy of the order entered herein, with notice of entry thereof. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of BURTON N. PUGAOH v. JOSEPH A. MARTINIS et al.— Motion to dismiss petition as a matter of law granted and the proceeding dismissed, with $20 costs and disbursements to the respondents. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of BEN ROSS v. IRVING H. SAYPOL, a Justice of the Supreme Court of the State of New York.— Motion for an order striking answer of respondent and for other relief denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ROBERT GOLDING et al. v. HARRY W. GOLDING et al.— Motion for an order striking from the statement under rule 234 of the Rules of Civil Practice the second sentence thereof and for other relief granted only to the extent of permitting the defendants-respondents to hand up to the court upon the argument or submission of the appeal six photographic copies of Exhibit A, printed at folios 58 to 75 of the papers on appeal. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HOUSTON WHITE (Alias "ACE"). (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARRAWAY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MERCADO. (E) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL WITT, JR. (F) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER ROBINSON. (G) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE E. JONES. (H) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ. (I) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL HILL. (J) THE PEOPLE OF THE STATE OF NEW YORK v. MAX MITCHELL. (K) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK JONES. (L) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST PETERSON. (M) THE PEOPLE OF THE STATE OF NEW YORK v. ADRIAN GEOFFRION. (N) THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD NIXON. (O) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CIAPPETTA. (P) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR. (Q) THE PEOPLE OF THE STATE OF NEW YORK v. ETANISLAO CRUZ. [In each action] — Enlargement of time granted. Concur — Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.

■ In the Matter of NANNIE BANKS GREENE, Deceased. IDA JACKSON et al.; WILLIAM H. GREENE, as Administrator.— Motion to amend and complete the record on appeal and for other relief denied with leave, however, to submit additional documentary evidence consisting of copies of the papers referred to in the moving affidavit, on or before May 8, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ (A) DOROTHY SILVER v. BERTRAM S. SILVER. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) HARWYN PUBLISHING CORPORATION v. GREAT AMERICAN INSURANCE COMPANY. BUD NORTON ASSOCIATES, INC., et al. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ. (C) LEON E. BORDEN et al. v. F. E. ADAMS et al. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [In each action] — Motion for leave to appeal to the Court of Appeals granted.

■ (A) DAVID WARSHAVSKY et al. v. WORTHINGTON EQUITY CORP. et al. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (B) In the